UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

RYSZARD "RICHARD" SOLTYS and
MALGORZATA "MARGARET"
SOLTYS
     Plaintiff,

v.

HOME DEPOT, U.S.A., INC.; THE
HOME DEPOT, INC.; TTI CONSUMER
POWER TOOLS, INC. f/k/a ONE
WORLD TECHNOLOGIES, INC.; and
TECHTRONIC INDUSTRIES NORTH
AMERICA, INC.
     Defendants.

## NOTICE OF REMOVAL

Defendants, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully file this Notice

of Removal of this action from the Tolland Superior Court to the United States District Court for

the District of Connecticut. For the reasons set forth below, removal is proper based on 28

U.S.C. §§ 1332, 1441, and 1446.

## I.   INTRODUCTION

1.  On June 26, 2026, Plaintiffs Ryszard Soltys and Malgorzata Soltys (hereinafter

    "Plaintiffs") filed a Complaint in Tolland (CT) Superior Court styled *Ryszard Soltys, et*

    *al. v. Home Depot U.S.A., Inc. et al*, Civil Action No. TTD-CV26-5020353-S.

2.  On June 29, 2026, Home Depot U.S.A., Inc. was for the first time served with Plaintiffs'

    Summons and Complaint. A copy of Plaintiffs' Complaint, the Summons, and the Notice

    of Service of Process are attached hereto as **Exhibit 1**.

1

3.  Plaintiffs' Complaint, the Summons, and Notice of Service of Process are the only process, pleadings, and orders that have been served on Home Depot U.S.A., Inc. in this action to date.

4.  On July 14, 2026, TTI Consumer Power Tools, Inc. was served with Plaintiffs' Summons and Complaint.

5.  Plaintiffs' Complaint alleges that Plaintiffs purchased a Ryobi 42-inch 100 Ah battery electric zero-turn riding mower from the Home Depot store in Enfield Connecticut. The Plaintiffs further allege that on or about June 27, 2023, "the mower allegedly entered an abrupt, uncontrolled circular rotation after a drive-side failure, sticking event, or asymmetric-drive malfunction, with one side allegedly no longer responding correctly while the other side continued to drive." Plaintiff Ryszard Soltys was allegedly thrown or displaced forward, striking his abdomen into the mower handlebars, landing on the ground after ejection, resulting in injuries (the subject incident). _See_, **Exhibit 1** (Complaint) **at ¶¶ 16-17**.  The Complaint alleges that: the subject mower was defective and unreasonably dangerous in one or more ways, including defective design, defective manufacture, inadequate warnings or instructions, inadequate safeguards, inadequate testing, inadequate post-sale warnings, breach of warranties, and/or failure to incorporate reasonable safety features for asymmetric drive or control failure. _See id._ at ¶ **25.**

## II.  DIVERSITY OF CITIZENSHIP

6.  This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and is a case that may be removed to this Court pursuant to 28 U.S.C. § 1441 because it is an action between citizens of different states.

7. A district court has original jurisdiction between "citizens of different States …" 28 U.S.C. § 1332(a)(1). "A corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business…" U.S.C. § 1332(c)(1).

8. The Plaintiffs reside at 276 Billings Road, Somers, CT 06071 and therefore are citizens of Connecticut for purposes of jurisdiction analysis. *See,* **Exhibit 1** (Complaint) **at ¶¶ 1-2**.

9. Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc. were incorporated in the state of Delaware, and their principal places of business are located in Georgia. Therefore, neither of these two defendants are a citizen of the state of Connecticut for purposes of diversity jurisdiction.

10. Defendant TTi Consumer Power Tools, Inc., is incorporated in the state of Delaware and its principal places of business is located in South Carolina, 29621. Therefore, this defendant is not a citizen of the state of Connecticut for purposes of diversity jurisdiction.

11. Defendant Techtronic Industries North America, Inc. is incorporated in the state of Delaware and its principal places of business is located in Florida. Therefore, this defendant is not a citizen of the state of Connecticut for purposes of diversity jurisdiction.

12. Therefore, Plaintiffs and Defendants are citizens of different states and there is complete diversity of citizenship present.

### III. AMOUNT IN CONTROVERSY

13. The Plaintiffs allege that Mr. Soltys suffered bodily injury, abdominal trauma, disruption or damage to a prior abdominal/hernia repair, pain, physical limitation, having to undergo

surgery, medical expenses and other damages, while Mrs. Soltys alleges that she has suffered a loss of consortium. *See* **Exhibit 1 at ¶¶ 18, 20, and 32.**

14. Accordingly, the amount in controversy in the Complaint, exclusive of interest and costs, exceeds the $75,000 jurisdictional minimum for federal diversity jurisdiction prescribed under 28 U.S.C. § 1332(a).

### IV.  REQUIREMENTS OF 28 U.S.C. § 1446

15. Pursuant to 28 U.S.C. § 1446(b), a notice of removal may be filed within 30 days after the defendant receives a copy of the initial pleading, motion, or other paper from which it may be ascertained that the case is removable. The first Defendant was served with Plaintiffs' Complaint on June 29, 2026. *See*, **Exhibit 1** (Notice of Service of Process for Home Depot U.S.A., Inc.).

16. Therefore, this Notice of Removal, filed on July 28, 2026, is timely filed.

17. Venue is proper in this district under 28 U.S.C. § 1441(a) because the removed action was pending in this district and division.

18. In accordance with the requirements of 28 U.S.C. § 1446(a), a "copy of all process, pleadings, and orders served upon Defendant" from the Tolland Superior Court action are filed herewith as **Exhibit 1**.

19. In accordance with the requirements of 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be this day served on Plaintiffs and filed with the Clerk of the Tolland Superior Court.

**WHEREFORE**, for all the foregoing reasons, Defendants, hereby remove the above-referenced action now pending in the Tolland County Superior Court, Civil Action No. TTD-CV26-5020353-S to the United States District Court for the District of Connecticut.

4

Respectfully submitted,

Defendants,

HOME DEPOT U.S.A, INC., THE HOME DEPOT, INC.,
TTI CONSUMER POWER TOOLS, INC., and
TECHTRONIC INDUSTRIES NORTH AMERICA, INC.

By their attorneys,

/s/ Mark J. Claflin
Mark J. Claflin, Juris No. 302690
CMBG3 Law, P.C.
53 State Street, Suite 1302
Boston, MA 02109
617-279-8200
mclaflin@cmbg3law.com

DATED: July 28, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th, day of July 2026, I provided written notice of removal to all adverse parties by serving a true and accurate copy of the Notice of Removal with all Exhibits on Plaintiffs' Counsel by first class mail and/or electronic mail:

Jonathan R. Aubin
Keily Mira Law
968 Farmington Avenue, Suite 208
West Hartford, CT 06107
jon@kmlegalct.com

Ryszard Soltys
276 Billings Road
Somers, CT 06071

Malgorzata Soltys
276 Billings Road
Somers, CT 06071

And a true and accurate copy of the Notice of Removal with all Exhibits has this day been **filed** with the clerk of the state court by electronically uploading the same to:

Civil Clerk's Office
Tolland Superior Court
69 Brooklyn Street
Rockville, CT 06066

/s/ Mark J. Claflin
Mark J. Claflin, Esq., Juris No. 302690

Dated: July 28, 2026

6

# EXHIBIT 1

# SUMMONS - CIVIL

JD-CV-1 Rev. 4-16
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

**See other side for instructions**

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.

☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.

☒ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed *(Number, street, town and zip code)* (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk *(with area code)* | Return Date *(Must be a Tuesday)* | | |
|---|---|---|---|---|
| 69 Brooklyn Street, Rockville, CT 06066 | ( 860 ) 896-4920 | August | 11 | 2026 |
| | | Month | Day | Year |

| ☒ Judicial District    ☐ G.A. Number: ☐ Housing Session | At *(Town in which writ is returnable)* (C.G.S. §§ 51-346, 51-349) Rockville | Case type code *(See list on page 2)* Major: T    Minor: 20 |
|---|---|---|

## For the Plaintiff(s) please enter the appearance of:

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(to be entered by attorney only)* |
|---|---|
| Ryszard Soltys and Malgorzata Soltys, self-represented plaintiffs, 276 Billings Road, Somers, CT 06071 | |

| Telephone number *(with area code)* | Signature of Plaintiff *(If self-represented)* |
|---|---|
| (860) 810-5896 | Ryszard Soltys Attorney |

The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☒ Yes   ☐ No

E-mail address for delivery of papers under Section 10-13 *(if agreed to)*
RmSolpol@gmail.com

| Number of Plaintiffs: 2 | Number of Defendants: 4 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and Address of Each party *(Number; Street; P.O. Box; Town; State; Zip; Country, if not USA)* | |
|---|---|---|
| **First Plaintiff** | Name: Soltys, Ryszard "Richard"<br>Address: 276 Billings Road, Somers, CT 06071 | P-01 |
| **Additional Plaintiff** | Name: Soltys, Malgorzata "Margaret"<br>Address: 276 Billings Road, Somers, CT 06071 | P-02 |
| **First Defendant** | Name: Home Depot U.S.A., Inc.<br>Address: 2455 Paces Ferry Road SE, Atlanta, GA 30339 | D-01 |
| **Additional Defendant** | Name: The Home Depot, Inc.<br>Address: 2455 Paces Ferry Road SE, Atlanta, GA 30339 | D-02 |
| **Additional Defendant** | Name: TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc.<br>Address: 100 Innovation Way, Anderson, SC 29621 | D-03 |
| **Additional Defendant** | Name: Techtronic Industries North America, Inc.<br>Address: 450 E Las Olas Blvd., Ste. 1500, Fort Lauderdale, FL 33301 | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed *(Sign and "X" proper box)* | ☐ Commissioner of the Superior Court ☒ Assistant Clerk | Name of Person Signing at Left Chelsey Johnson | Date signed 6/26/26 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

**For Court Use Only**
File Date

ATTEST A TRUE COPY
CT STATE MARSHAL ROBERT E. CARLSON JR

| I certify I have read and understand the above: | Signed *(Self-Represented Plaintiff)* Ryszard Soltys Attorney | Date 6/26/2026 | Docket Number |
|---|---|---|---|

(Page 1 of 2)

[Print Form]    [Reset Form]

## Instructions

1. Type or print legibly; sign summons.
2. Prepare or photocopy a summons for each defendant.
3. Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.
4. After service has been made by a proper officer, file original papers and officer's return with the clerk of court.
5. Do not use this form for the following actions:

   (a) Family matters (for example divorce, child support, custody, paternity, and visitation matters)
   (b) Summary Process actions
   (c) Applications for change of name
   (d) Probate appeals
   (e) Administrative appeals

   (f) Proceedings pertaining to arbitration
   (g) Any actions or proceedings in which an attachment, garnishment or replevy is sought
   (h) Entry and Detainer proceedings
   (i) Housing Code Enforcement actions

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

---

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| **Contracts** | C 00 | Construction - All other | **Property** | P 00 | Foreclosure |
| | C 10 | Construction - State and Local | | P 10 | Partition |
| | C 20 | Insurance Policy | | P 20 | Quiet Title/Discharge of Mortgage or Lien |
| | C 30 | Specific Performance | | P 30 | Asset Forfeiture |
| | C 40 | Collections | | P 90 | All other |
| | C 90 | All other | | | |
| **Eminent Domain** | E 00 | State Highway Condemnation | **Torts (Other than Vehicular)** | T 02 | Defective Premises - Private - Snow or Ice |
| | E 10 | Redevelopment Condemnation | | T 03 | Defective Premises - Private - Other |
| | E 20 | Other State or Municipal Agencies | | T 11 | Defective Premises - Public - Snow or Ice |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 12 | Defective Premises - Public - Other |
| | E 90 | All other | | T 20 | Products Liability - Other than Vehicular |
| | | | | T 28 | Malpractice - Medical |
| | | | | T 29 | Malpractice - Legal |
| **Miscellaneous** | M 00 | Injunction | | T 30 | Malpractice - All other |
| | M 10 | Receivership | | T 40 | Assault and Battery |
| | M 20 | Mandamus | | T 50 | Defamation |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | | T 61 | Animals - Dog |
| | M 40 | Arbitration | | T 69 | Animals - Other |
| | M 50 | Declaratory Judgment | | T 70 | False Arrest |
| | M 63 | Bar Discipline | | T 71 | Fire Damage |
| | M 66 | Department of Labor Unemployment Compensation Enforcement | | T 90 | All other |
| | M 68 | Bar Discipline - Inactive Status | **Vehicular Torts** | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 70 | Municipal Ordinance and Regulation Enforcement | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 05 | Motor Vehicles* - Property Damage only |
| | M 83 | Small Claims Transfer to Regular Docket | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 84 | Foreign Protective Order | | V 09 | Motor Vehicle* - All other |
| | M 90 | All other | | V 10 | Boats |
| | | | | V 20 | Airplanes |
| **Housing** | H 10 | Housing - Return of Security Deposit | | V 30 | Railroads |
| | H 12 | Housing - Rent and/or Damages | | V 40 | Snowmobiles |
| | H 40 | Housing - Audita Querela/Injunction | | V 90 | All other |
| | H 50 | Housing - Administrative Appeal | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| | H 60 | Housing - Municipal Enforcement | | | |
| | H 90 | Housing - All Other | **Wills, Estates and Trusts** | W 10 | Construction of Wills and Trusts |
| | | | | W 90 | All other |

JD-CV-1  Rev. 4-16 (Back/Page 2)

(Page 2 of 2)

[ Print Form ]                [ Reset Form ]

SUPERIOR COURT
JUDICIAL DISTRICT OF TOLLAND
AT ROCKVILLE

RETURN DATE: August 11, 2026

RYSZARD "RICHARD" SOLTYS and
MALGORZATA "MARGARET" SOLTYS,
Plaintiffs

v.

HOME DEPOT U.S.A., INC.;
THE HOME DEPOT, INC.;
TTI CONSUMER POWER TOOLS, INC. f/k/a ONE WORLD TECHNOLOGIES, INC.; and
TECHTRONIC INDUSTRIES NORTH AMERICA, INC.,
Defendants

## COMPLAINT

Plaintiffs Ryszard "Richard" Soltys and Malgorzata "Margaret" Soltys, self-represented, allege as follows:

## I. PARTIES, VENUE, AND JURISDICTION

1. Plaintiff Ryszard "Richard" Soltys is an individual residing at 276 Billings Road, Somers, Connecticut 06071.

2. Plaintiff Malgorzata "Margaret" Soltys is an individual residing at 276 Billings Road, Somers, Connecticut 06071.

3. Defendant Home Depot U.S.A., Inc. is, on information and belief, a corporation that operates Home Depot retail stores and/or sold, distributed, marketed, or otherwise placed the subject product into the stream of commerce.

4. Defendant The Home Depot, Inc. is, on information and belief, a corporation related to Home Depot retail operations and/or the sale, distribution, marketing, warranty, support, or claims handling of the subject product.

5. Defendant TTI Consumer Power Tools, Inc. f/k/a One World Technologies, Inc. is, on information and belief, a corporation doing business as Techtronic Industries Power Equipment and associated with Ryobi-branded outdoor power equipment.

6. Defendant Techtronic Industries North America, Inc. is, on information and belief, a corporation associated with Techtronic/Ryobi product design, distribution, sale, warranty, support, or corporate oversight of Ryobi-branded products.

7. The exact manufacturer, distributor, importer, seller, warrantor, and responsible corporate entities for the subject mower are expected to be confirmed through inspection, business records, discovery, or amendment if necessary.

8. Venue is proper in this Judicial District because the incident occurred at Plaintiffs' residence in Somers, Connecticut, and Plaintiffs reside in Somers, Connecticut.

9. This action is brought under Connecticut law, including the Connecticut Product Liability Act, Conn. Gen. Stat. section 52-572m et seq., and related Connecticut law.

## II. FACTUAL ALLEGATIONS

10. On or about April 18, 2019, a Ryobi 42-inch 100 Ah battery electric zero-turn riding mower was purchased through Home Depot Store #6214 in Enfield, Connecticut for approximately $4,359.29.

11. On or about May 11, 2019, the first mower was returned after control problems described by the family as veering, rotating, and loss of control.

12. On or about May 22, 2019, a replacement mower was picked up from the same Home Depot store.

13. Before the subject incident, Plaintiff Richard Soltys had undergone abdominal/hernia repair surgery on or about December 9, 2022.

14. Before the subject incident, the replacement mower allegedly showed renewed sticking, hiccuping, veering, or control irregularities.

15. On or about June 27, 2023, Richard Soltys was operating the replacement mower on grass at 276 Billings Road, Somers, Connecticut.

16. The mower allegedly entered an abrupt uncontrolled circular rotation after a drive-side failure, sticking event, or asymmetric-drive malfunction, with one side allegedly no longer responding correctly while the other side continued to drive.

17. The incident allegedly caused Richard Soltys to be thrown or displaced forward, first striking his abdomen into the mower controls/handlebars and then landing on the grass/ground after ejection.

18. As a result, Richard Soltys alleges bodily injury, abdominal trauma, disruption or damage to a prior abdominal/hernia repair, pain, physical limitation, medical expenses, and other damages.

19. On or about October 17, 2023, Richard Soltys underwent a second abdominal/hernia-related surgery after the mower incident.

20. Plaintiffs allege that the second surgery and subsequent continuing pain and limitations were caused or substantially contributed to by the mower incident.

21. The subject mower has been preserved by the family and, to Plaintiffs' knowledge, has not been repaired, modified, cleaned, or tested after the incident.

22. Plaintiffs intend to preserve the mower for inspection by counsel, experts, defendants, and/or the Court as appropriate.

## III. COUNT ONE - CONNECTICUT PRODUCT LIABILITY ACT

23. Plaintiffs repeat and reallege the preceding paragraphs as if fully set forth here.

24. Defendants, and/or one or more of them, were product sellers, manufacturers, distributors, licensors, marketers, retailers, warrantors, or entities otherwise responsible for placing the subject mower into the stream of commerce.

25. The subject mower was defective and unreasonably dangerous in one or more ways, including defective design, defective manufacture, inadequate warnings or instructions, inadequate safeguards, inadequate testing, inadequate post-sale warnings, breach of warranties, and/or failure to incorporate reasonable safety features for asymmetric drive or control failure.

26. The alleged defect included the foreseeable risk that one drive side or controller could fail, stick, lock, or respond asymmetrically while the opposite side continued applying torque, causing abrupt uncontrolled rotation and operator displacement before the operator could reasonably correct or avoid the event.

27. Reasonable alternative designs, safeguards, warnings, or fail-safe systems could have reduced or prevented the alleged hazard, including, without limitation, cross-monitoring of drive sides, asymmetric torque cutoff, yaw or rotation-rate detection, supervisory shutdown logic, or other systems appropriate to the product.

28. The subject defect(s) were a substantial factor in causing Richard Soltys's injuries and Plaintiffs' damages.

29. Plaintiffs seek all damages and relief available under Connecticut law.

## IV. COUNT TWO - LOSS OF CONSORTIUM

30. Plaintiffs repeat and reallege the preceding paragraphs as if fully set forth here.

31. Plaintiff Malgorzata Soltys is the spouse of Plaintiff Richard Soltys.

32. As a result of the injuries and damages alleged above, Malgorzata Soltys has suffered loss of consortium, including loss of society, companionship, services, assistance, and other marital losses recognized by Connecticut law.

33. Malgorzata Soltys seeks all damages and relief available for loss of consortium under Connecticut law.

## V. PRAYER FOR RELIEF

1. Compensatory damages;

2. Economic damages, including medical expenses and related losses;

3. Non-economic damages, including pain, suffering, physical impairment, and loss of enjoyment of life;

4. Loss-of-consortium damages;

5. Costs, interest, and any other relief allowed by law;

6. Preservation and inspection of the subject mower and related evidence as appropriate; and

7. Such other and further relief as the Court deems just and proper.

Plaintiffs claim a trial by jury to the extent available under Connecticut law.

Respectfully submitted,

_Ryszard Soltys_
Ryszard "Richard" Soltys
Self-Represented Plaintiff
276 Billings Road
Somers, CT 06071
Date: 6/26/2026

Malgorzata "Margaret" Soltys
Self-Represented Plaintiff
276 Billings Road
Somers, CT 06071
Date: 6/26/2026

ATTEST: A TRUE COPY
CT STATE MARSHAL ROBERT E. CARLSON JR.

# CERTIFICATION

I certify that a copy of this Complaint and the accompanying Summons will be served on each Defendant by a proper officer/state marshal in accordance with Connecticut law.

_Ryszard Soltys_

Ryszard "Richard" Soltys

Date: 6/26/2026

_Malgorzata Soltys_

Malgorzata "Margaret" Soltys

Date: 6/26/2026

Note: Plaintiffs are self-represented. Defendant legal names and service agents should be verified through business records, the clerk, a marshal, or counsel before service.

ATTEST: A TRUE COPY

CT STATE MARSHAL ROBERT E. CARLSON JR.